UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Marvyn Murdock, | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:09-cv-00818-JCH |
| v. | : |
| Stamford Collection Bureau, Inc., | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

  Plaintiff, Marvyn Murdock, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: November 13, 2009

                Respectfully submitted,

                By: __/s/ Sergei Lemberg_____
                 Sergei Lemberg (Juris No. 425027)
                 Lemberg & Associates, L.L.C.
                 1100 Summer Street, 3rd Floor
                 Stamford, CT 06905
                 Telephone: (203) 653-2250
                 Facsimile: (877) 795-3666